IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

GREGORY BROOKS                                                                    PLAINTIFF

V.                                                    CAUSE NO.: 1:12CV190-SA-DAS

CITY OF WEST POINT, MISSISSIPPI; and
JIMMY BIRCHFIELD; and
WILLIAM SPRADLING                                                              DEFENDANTS

FINAL JUDGMENT

Pursuant to a Memorandum Opinion issued this day, Officer Birchfield and Sergeant Spradling are entitled to qualified immunity for the incidents giving rise to this lawsuit on January 2, 2012. The individual capacity claims against those officers are dismissed. Defendants' Motion for Summary Judgment [57] is GRANTED. Because Plaintiff has conceded all other claims, this case is DISMISSED.

SO ORDERED, this the 1st day of May, 2014.

                                                     **/s/ Sharion Aycock**
                                                   **U.S. DISTRICT JUDGE**