IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

GREGORY BROOKS                                              PLAINTIFF

VS.                                             CAUSE NO. 1:12-cv-00190-SA-DAS

CITY OF WEST POINT, MISSISSIPPI;
JIMMY BIRCHFIELD; AND
WILLIAM SPRADLING                                DEFENDANTS

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, having been advised that Plaintiff Gregory Brooks has settled and compromised his claims herein against Defendants City of West Point, Mississippi, Jimmy Birchfield and William Spradling, and that Plaintiff has agreed to dismiss with prejudice his claims against said Defendants, finds that Plaintiff Gregory Brooks' claims should be and are hereby DISMISSED WITH PREJUDICE.

IT IS, THEREFORE, ORDERED that Plaintiff Gregory Brooks' claims against Defendants City of West Point, Mississippi, Jimmy Birchfield and William Spradling, are hereby dismissed, with prejudice, with each party to bear its own costs, expenses, and attorney's fees.

SO ORDERED, this the 20th day of March, 2017.

                                                                          /s/ Sharion Aycock
                                                                     UNITED STATES DISTRICT JUDGE

AGREED TO BY:

s/ Brandon Flechas                            s/ Orlando R. Richmond, Sr.
Brandon Flechas, MB # 102283            Orlando R. Richmond, Sr., MB # 9885
Philip A. Stroud, MB # 99401              Lem E. Montgomery III, MB # 100686
                                                       Margaret Z. Smith, MB # 104178

Attorneys for Plaintiff

                                                       Attorneys for Defendants